UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



BRAULIO THORNE, *on behalf of himself and all others similarly situated*,

                      Plaintiffs,

-v-

ULYSSE NARDIN, INC.,

                      Defendant.

No.  18-cv-1110 (RJS)
<u>ORDER</u>

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from Plaintiff informing the Court that the parties have reached a settlement. (Doc. No. 9.) Accordingly, IT IS HEREBY ORDERED THAT this case is dismissed with prejudice but without costs. IT IS FURTHER ORDERED THAT the Court retains jurisdiction to enforce the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994). However, within thirty days of the date of this Order, any party may send a letter requesting to restore this action to the docket with an explanation for the request. The Clerk of the Court is respectfully directed to close this case.

SO ORDERED.

Dated:      March 16, 2018
               New York, New York

                                                 RICHARD J. SULLIVAN
                                                 UNITED STATES DISTRICT JUDGE